AO91 (Rev 12/03)   Criminal Complaint                                                                 AUSA  P. Warner

# UNITED STATES DISTRICT COURT

Southern District of Texas McAllen Division

**UNITED STATES OF AMERICA**  
vs.

Gonzalo ZAPATA-ZAPATA  
IAE  
Mexico 1983

United States Courts  
Southern District of Texas  
FILED  
*April 9, 2025*  
Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:   7:25-po-01137

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __April 8, 2025__ in __Hidalgo__ County, in the __Southern District Of Texas__ defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

**Gonzalo ZAPATA-ZAPATA was encountered by Border Patrol Agents near Mission, Texas, on April 8, 2025. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on April 8, 2025 by crossing the Rio Grande River near Mission, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

/S/   Laureano Cantu  
Signature of Complainant

Border Patrol Agent Laureano Cantu  
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

April 9, 2025  at 7:17 p.m.  
Date

McAllen, Texas  
City/State

J. Scott Hacker            Magistrate Judge  
Name of Judge              Title of Judge

Signature of Judge